THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Ivan Douglas Collins, Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No, 2005-UP-335
Submitted May 1, 2005  Filed May 16, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zalenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Ivan Douglas Collins appeals his convictions and sentences for criminal conspiracy, first-degree burglary, armed robbery, attempted armed robbery, murder, assault and battery with intent to kill, possession of a firearm during the commission of a violent crime, and ill treatment of an animal.  Counsel for Collins attached to the final brief a petition to be relieved as counsel.  Collins did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Collins appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS, JJ., concur.